LEONA SHAW, Respondent, *v.* VERNON SHAW, Appellant.

Submitted November 29, 1948; decided December 3, 1948.

*John A. Bonomi* for motion.
*Martin Rosenblum* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements upon the ground that the papers were not served and filed within the time fixed by subdivision 3 of section 592 of the Civil Practice Act.